# INDEX OF EXHIBITS

<u>Kyle DeBerry v. Dora B. Schriro, et al.</u>

CIV-04-0858-PCT-SMM (JJ)

**Exhibit A**: Plea Agreement

**Exhibit B**: Notes from Lamont Lattery to Kyle DeBerry

**Exhibit C**: Note from Lamont Lattery to Sharon [Kyle's girlfriend]

**Exhibit D**: Transcript (Change of Plea) dated May 12, 2000

**Exhibit E**: Petition for Post Conviction Relief filed April 30, 2001

**Exhibit F**: State's Aggravation Hearing Memorandum

**Exhibit G**: Transcript (Sentencing) dated June 15, 2000

**Exhibit H**: Minuted Entry (Judge Hendrix) filed November 7, 2001

**Exhibit I**: State's Petition for Review to Arizona Court of Appeals (November 16, 2001)

**Exhibit J**: Petitioner's Cross-Appeal to Petition for Review to Arizona Court of Appeals (December 17, 2001)

**Exhibit K**: Court of Appeals Memorandum and Decision (December 26, 2002)

**Exhibit L**: Petitioner seeks review to Arizona Supreme Court

**Exhibit M**: Minute Entry from Arizona Supreme Court denying review (May 30, 2003)

**Exhibit N**: Order Denying 2nd Rule 32 Petition (May 10, 2005)

**Exhibit O**: Order Denying Petition for Re-hearing (June 15, 2005)

**Exhibit P**: Petition for Review to Arizona Court of Appeals (July 14, 2005)

**Exhibit Q**: Order from Arizona Court of Appeals denying review (April 27, 2006)

**Exhibit R**: Order from Arizona Supreme Court denying review (October 12, 2006)