SRM

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **Kyle DeBerry,** Petitioner -vs- **Dora B. Schriro, et al.,** Respondent(s) | CV-04-0858-PCT-SMM (JI) **ORDER** |

Under consideration is Petitioner's Motion to Amend, filed February 16, 2007 (#52). Petitioner seeks leave to file his Second Amended Petition (#53) in the form attached to his motion. Respondents have not responded to the motion, which the Court deems to be a consent to the granting of the motion. *See* Local Civil Rule 7.2(i).

Moreover, Respondents have already responded to the Second Amended Petition in their Supplemental Answer, filed March 16, 2007 (#54). Further, Petitioner has now replied (#57) in support of the Second Amended Petition.

In his proposed amendment, Petitioner seeks leave to amend to clarify his new Ground III (*Apprendi / Blakely*) and to add the dates for his recent state court proceedings. Federal Rule of Civil Procedure 15(a) provides that leave to amend "shall be freely given when justice so requires." No reason to deny the motion appears, and the amendment may help clarify the issues.

Although Petitioner submitted a Notice of Lodging (#53), asserting that the petition would be lodged separately, no signed copy of the Second Amended Petition has been lodged as of this date.

**IT IS THEREFORE ORDERED** that Petitioner's Motion to Amend, filed February 16, 2007 (#52) is **GRANTED**.

**IT IS FURTHER ORDERED** that within ten days of the filing of this Order, Petitioner

- 1 -

1  shall file his Second Amended Petition, in the form attached to his Motion to Amend (#52).

3  DATED: May 4, 2007

_____
JAY R. IRWIN
United States Magistrate Judge

S:\Drafts\OutBox\04-0858-052o Order 07 05 12 re MAmend.wpd