JON M. SANDS
Federal Public Defender
District of Arizona
850 West Adams, Suite 201
Phoenix, Arizona 85007
Telephone: (602) 382-2767

DANIEL L. KAPLAN, #021158
Asst. Federal Public Defender
Attorney for Petitioner
Dan_Kaplan@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Kyle DeBerry,<br><br>　　　　　Petitioner,<br><br>v.<br><br>Dora B. Schriro, et al.,<br><br>　　　　　Respondents. | No. CV-04-0858-PCT-SMM (JI)<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

Notice is hereby given to the Court that, effective immediately, Daniel L. Kaplan, Assistant Federal Public Defender, 850 West Adams Street, Suite 201, Phoenix, Arizona 85007, telephone number 602-382-2767, is substituted as counsel of record, terminating Assistant Federal Public Defender Gregory A. Bartolomei.

Respectfully submitted:   May 21, 2007

　　　　　　　　　　　　　　　　　　JON M. SANDS
　　　　　　　　　　　　　　　　　　Federal Public Defender


　　　　　　　　　　　　　　　　　　 s/ *Daniel L. Kaplan*
　　　　　　　　　　　　　　　　　　DANIEL L. KAPLAN
　　　　　　　　　　　　　　　　　　Asst. Federal Public Defender

. . .

. . .

. . .

Copy of the foregoing transmitted by ECF for filing this 21st day of May, 2007, to:

**Clerk's Office**
United States District Court
Sandra Day O'Connor Courthouse
401 West Washington Street
Phoenix, Arizona 85003

Copy of the foregoing mailed this 21st day of May, 2007, to:

**Robert Walsh**
Assistant Attorney General
Criminal Appeals Section
1275 West Washington Street
Phoenix, Arizona 85007

**Kyle DeBerry**
Petitioner

s/ *Susan L. West*
Susan L. West

2