**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kyle DeBerry, | No. CV-04-0858-PCT-SMM (JRI) |
| Petitioner, | **ORDER** |
| v. | |
| Schroeder, et. al., | |
| Respondents. | |

Pending before the Court are the parties' Motions for a 30-day Extension of Time to File Objections (Doc.63 and 64) to Magistrate Judge Irwin's Report and Recommendation (Doc. 62). Petitioner as well as Respondents seek this extension based on the fact that the Report and Recommendation was filed on September 28, 2007, more than three years subsequent to Petitioner's filing of the petition on April 26, 2004 and more than three years have passed since Respondents filed their Answer addressing Ground Two[1], the claim that Magistrate Judge Irwin recommends to this Court warrants habeas relief. The Court finds that additional time is

---

[1] Here, Magistrate Judge Irwin recommended that this Court grant relief on Petitioner's Ground Two by issuing an order directing Petitioner's release, unless within thirty days of this Court's judgment the State of Arizona either: (1) grants Petitioner a re-sentencing before a new judge, with appropriate restrictions on the prosecution's ability to challenge the existence of legal provocation; or (2) permits Petitioner to withdraw his plea of guilty. "In directing re-sentencing by a different judge, we do not intend any criticism of the [judge]. Rather, the case law uniformly requires sentencing by a different judge where the government has breached its plea agreement." *U.S. v. Franco-Lopez,* 312 F.3d 984, 994 n. 7 (9th Cir. 2002).

1 necessary for the parties to become reacquainted with the claims, particularly in light of the
2 conclusions and findings set forth in the 75 page Report and Recommendation.
3     Accordingly,
4     **IT IS HEREBY ORDERED GRANTING** the parties' Motions for a 30-day Extension
5 of Time to File Objections (Doc.63 and 64).
6     **IT IS FURTHER ORDERED** that the parties shall file their Objections to Magistrate
7 Judge Irwin's Report and Recommendation (Doc. 62) no later than **November 16, 2007.**
8     DATED this 9th day of October, 2007.

Stephen M. McNamee
United States District Judge

- 2 -