JON M. SANDS
Federal Public Defender
District of Arizona
850 West Adams, Suite 201
Phoenix, Arizona 85007
Telephone: (602) 382-2767

DANIEL L. KAPLAN, #021158
Asst. Federal Public Defender
Attorney for Petitioner
Dan_Kaplan@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| KYLE DEBERRY,<br><br>    Petitioner,<br><br>v.<br><br>DORA B. SCHRIRO, et al.,<br><br>    Respondents. | No. CV-04-0858-PCT-SMM (JI)<br><br>**PETITIONER'S LOCAL RULE 7.2(l) PENDING MATTER NOTIFICATION** |

    Pursuant to Local Rule 7.2(l), Petitioner Kyle DeBerry hereby inquires as to the status of the Petition for Writ of Habeas Corpus in the above-captioned matter. The matter has been pending for over 180 days, since the completion of the briefing on December 3, 2007.

    Respectfully submitted on June 3, 2008

                                       JON M. SANDS
                                       Federal Public Defender

                                        s/ *Daniel L. Kaplan*
                                       DANIEL L. KAPLAN
                                       Assistant Federal Public Defender

Copy of the foregoing transmitted by ECF for filing this 3rd day of June, 2008, to:

**Clerk's Office**
United States District Court
Sandra Day O'Connor Courthouse
401 West Washington Street
Phoenix, Arizona 85003

**Robert Walsh**
Assistant Attorney General
Criminal Appeals Section
1275 West Washington Street
Phoenix, Arizona 85007

Copy of the foregoing mailed this 3rd day of June, 2008, to:

**Kyle DeBerry**
Petitioner

s/S. Martinez