# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Kyle Deberry, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Petitioner, | ) | CV 04-858 PCT-SMM(JI) |
| | ) | |
| v. | ) | |
| | ) | |
| Dora B. Schriro, et al., | ) | |
| | ) | |
| Respondents. | ) | |

___  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 XX   Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, per the Court's order entered October 23, 2009, that Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is denied. Judgment is entered for respondents and against petitioner. The action is dismissed.

October 23, 2009                                   RICHARD H. WEARE
                                                             District Court
                                                             Executive/Clerk

                                                              s/ Linda S Patton
                                                                   Linda S Patton
                                                             By: Deputy Clerk

cc: (all counsel)