JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: (602) 382-2700

KEITH J. HILZENDEGER, AZ Bar #023685
Research and Writing Specialist
keith_hilzendeger@fd.org
Attorney for Petitioner

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Kyle DeBerry, | No. 3:04-CV-00858-PCT-SMM |
| Petitioner, | **NOTICE OF APPEARANCE** |
| v. | |
| Charles L. Ryan,[*] Director, Arizona Department of Corrections, et al., | |
| Respondents. | |

Keith J. Hilzendeger, Research and Writing Specialist, hereby gives Notice of his Appearance as co-counsel for Petitioner Kyle DeBerry, together with Assistant Federal Public Defender Daniel L. Kaplan, in the above-captioned case.

Respectfully submitted: October 26, 2009.

        JON M. SANDS
        Federal Public Defender

        *s/ Keith J. Hilzendeger*
        KEITH J. HILZENDEGER
        Research and Writing Specialist

---

[*] Charles L. Ryan, Dora B. Schriro's successor as Director of the Arizona Department of Corrections, is substituted as a Respondent pursuant to Fed. R. Civ. P. 25(d).

Copy of the foregoing transmitted
by CM/ECF for filing this 26th day
of October, 2009, to:

Clerk's Office
United States District Court
Sandra Day O'Connor Courthouse
401 West Washington Street
Phoenix, Arizona 85003

*s/ slw*

2