JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: (602) 382-2700

DANIEL L. KAPLAN, AZ Bar #021158
Assistant Federal Public Defender
dan_kaplan@fd.org
KEITH J. HILZENDEGER, AZ Bar #023685
Research and Writing Specialist
keith_hilzendeger@fd.org
Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| KYLE DEBERRY, | No. 3:04-CV-00858-PCT-SMM |
| Petitioner-Appellant, | **NOTICE OF APPEAL** |
| v. | |
| Charles L. Ryan,* Director, Arizona Department of Corrections, et al., | |
| Respondents-Appellees. | |

Petitioner Kyle DeBerry hereby appeals to the Ninth Circuit Court of Appeals from this Court's judgment entered October 23, 2009, denying his petition for a writ of habeas corpus under 28 U.S.C. § 2254.

Respectfully submitted: October 26, 2009.

JON M. SANDS
Federal Public Defender

 *s/ Daniel L. Kaplan*
DANIEL L. KAPLAN
Assistant Federal Public Defender
KEITH J. HILZENDEGER
Research and Writing Specialist

---

* Charles L. Ryan, Dora B. Schriro's successor as Director of the Arizona Department of Corrections, is substituted as a Respondent pursuant to Fed. R. Civ. P. 25(d).

Copy of the foregoing transmitted by CM/ECF for filing and transmittal to the following ECF registrant this 26th day of October, 2009, to:

CLERK'S OFFICE
United States District Court
Sandra Day O'Connor Courthouse
401 West Washington Street
Phoenix, Arizona 85003

Copy mailed this 26th day of October, 2009, to:

KYLE DEBERRY
Petitioner


*s/ Susan L. West*
Susan L. West

2