JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: (602) 382-2700

DANIEL L. KAPLAN, AZ Bar #021158
Assistant Federal Public Defender
dan_kaplan@fd.org
KEITH J. HILZENDEGER, AZ Bar #023685
Research and Writing Specialist
keith_hilzendeger@fd.org
Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Kyle DeBerry,<br><br>    Petitioner,<br><br>vs.<br><br>Charles L. Ryan,[*] Director of the Arizona Department of Corrections, et al.,<br><br>    Respondents. | No. 3:04-CV-00858-PCT-SMM<br><br>**REQUEST FOR A CERTIFICATE OF APPEALABILITY** |

    Pursuant to Fed. R. App. P. 22 and 9th Cir. R. 22-1(a), Petitioner Kyle DeBerry respectfully requests that this Court issue a Certificate of Appealability in the above-captioned case. Concurrently with this request, Mr. DeBerry is filing a Notice of Appeal from this Court's judgment denying relief on his habeas corpus petition.

    A Certificate of Appealability should issue whenever "reasonable jurists could debate whether . . . the petition should have been resolved in a different

---

[*] Charles L. Ryan, Dora B. Schriro's successor as Director of the Arizona Department of Corrections, is substituted as a Respondent pursuant to Fed. R. Civ. P. 25(d).

manner." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).  In this case the Magistrate Judge and the District Judge – both "reasonable jurists" – disagreed over whether relief should be granted with respect to Claim 2 in Mr. DeBerry's habeas corpus petition.  A Certificate of Appealability thus is plainly appropriate with respect to Claim 2.

With respect to the remaining claims, Mr. DeBerry makes the following observations:  **(1)** This Court noted that this case involves a "complex, extensive and voluminous record" and a "protracted procedural history" (Memorandum of Decision and Order (Dkt. #70) at 1); **(2)** The Magistrate Judge's Report & Recommendation (Dkt. #62) is 75 pages long, and this Court's Memorandum of Decision and Order (Dkt. #70) is 54 pages long; and **(3)** The Magistrate Judge and the District Judge disagreed with respect to aspects of the governing analysis with respect to Claims 1(a) and 1(c).  In light of these factors, which reflect the difficulty and complexity of the issues presented by Mr. DeBerry's additional claims, and for the reasons set forth in his previous filings in this case, which are incorporated herein by this reference, Mr. DeBerry respectfully asks the Court to grant a Certificate of Appealability with respect to all of the remaining claims he has raised in this case.  *Slack*, 529 U.S. at 484 (certificate should be granted where "the issues presented were adequate to deserve encouragement to proceed further") (internal quotation marks omitted).

Respectfully submitted: October 26, 2009

                    JON M. SANDS
                    Federal Public Defender

                    *s/Daniel L. Kaplan*
                  DANIEL L. KAPLAN
                  Assistant Federal Public Defender
                  KEITH J. HILZENDEGER
                  Research and Writing Specialist

Copy of the foregoing transmitted by CM/ECF for filing and transmittal to the following ECF registrant this 26th day of October, 2009, to:

CLERK'S OFFICE
United States District Court
Sandra Day O'Connor Courthouse
401 West Washington Street
Phoenix, Arizona 85003

Copy mailed this 26th day
of October, 2009, to:

KYLE DEBERRY
Petitioner


*s/ Susan L. West*
Susan L. West