**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kyle DeBerry,<br>　　Petitioner/Appellant,<br>vs.<br>Charles L. Ryan, et al,<br>　　Respondents/Appellees, | CASE NO.   CV 04-0858-PCT-SMM<br><br>ORDER<br><br>ON CERTIFICATE OF APPEALABILITY<br>AND IN FORMA PAUPERIS STATUS |

　　Having examined the application of __Kyle DeBerry__ for issuance of a Certificate of Appealability from the order denying his Petition for a Writ of Habeas Corpus, the Court FINDS:

/ X /　Certificate of Appealability and leave to proceed *in forma pauperis* on appeal are **Granted**.

　　/X/ Petitioner has made a substantial showing of the denial of a constitutional right with respect to the following issue(s): whether the state breached the plea agreement as alleged in Ground 2 of the Petition for Writ of Habeas Corpus.

　　/_/ Petitioner has made a substantial showing of the denial of a constitutional right on the underlying issue(s) and jurists of reason would find it debatable whether the district court was correct in the following procedural ruling(s): _____.

/_/　Certificate of Appealability and leave to proceed *in forma pauperis* on appeal are **Denied**.

　　/_/ Petitioner has not made a substantial showing of the denial of a constitutional right.

　　/_/ The dismissal was justified by a plain procedural bar and jurists of reason would not find the procedural ruling debatable.

　　The Clerk of Court shall forthwith notify the parties of the entry of this Order regarding Certificate of Appealability and *In Forma Pauperis* Status on Appeal.

　　DATED this 28th day of October, 2009.

_____
Stephen M. McNamee
United States District Judge